UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE: §
§
**Dana Hart** § CASE NO. 17-03082
**Rick Hart** § HON. Scott W Dales
  Debtor(s) §
§
§

## STIPULATED FIRST POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

NOW COME the Debtors, Dana Hart and Rick Hart, by their counsel, Mapes Law Offices, and the Chapter 13 Trustee, Barbara P. Foley, and for their Stipulated First Post-Confirmation Amended Chapter 13 Plan, state as follows:

1. The Debtors are able to commit additional disposable income to their Plan. Therefore, Section II.A of the Confirmed Plan is amended to provide that the Debtors' new plan payment shall be $345.60 weekly.

2. The Plan remains unchanged in all respects not in conflict with this amendment.

WHEREFORE, the undersigned parties hereby agree and stipulate to entry of the attached Order Approving Stipulated First Post-Confirmation Amended Chapter 13 Plan.

Dated: 6/5/19                    /s/ Barbara P. Foley / HSC
                                 Barbara P. Foley, Chapter 13 Trustee

Dated: 3/26/2019                 /s/
                                 Dana Hart, Debtor

Dated: 3/26/2019                 /s/
                                 Rick Hart, Joint Debtor

Dated: 3/26/2019                 /s/George J. George
                                 Jeffrey D. Mapes, Attorney for Debtor
                                 George J. George, Associate Attorney
                                 29 Pearl St. NW, Ste. 305
                                 Grand Rapids, MI 49503
                                 Phone: (616) 719-3847
                                 Fax: (616) 719-3857