UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE:** § | |
| § | |
| Dana Lee Hart § | **CASE NO.** 17-03082 |
| Rick James Hart § | **HON.** James W. Boyd |
| **Debtor(s)** § | |

### ORDER APPROVING STIPULATED SECOND POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

THIS MATTER having come before the Court on the Stipulated Second Post-Confirmation Amended Chapter 13 Plan (the "Amended Plan"); the Debtors and the Chapter 13 Trustee having consented to entry of this order via stipulation; the Court finding that the Amended Plan has no detrimental effect on creditors; and the Court being otherwise fully advised of the premises; NOW THEREFORE,

IT IS HEREBY ORDERED that the Amended plan is APPROVED.

IT IS FURTHER ORDERED that the Debtors' new plan payment shall be $489.75 weekly.

IT IS FURTHER ORDERED that service upon the Matrix is WAIVED.

END OF ORDER

**IT IS SO ORDERED.**



**Dated February 3, 2021**

James W. Boyd
United States Bankruptcy Judge